IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUDSON INSURANCE GROUP ) | |
| ) | |
| Plaintiff in Interpleader, ) | |
| ) | |
| v. ) | Case No. 18-cv-02630 |
| ) | Judge John Robert Blakey |
| AAA Expedited Services LLC, *et. al.*, ) | |
| ) | |
| Defendants in Interpleader. ) | |

## **DEFAULT JUDGMENT ORDER**

THIS MATTER COMING TO BE HEARD on Plaintiff Hudson Insurance Group's Motion for Default Judgment against the Defendants,[1] due notice having been given, and the Court being advised as to the premises and having jurisdiction over the parties, **THE COURT FINDS**:

1. That Defendants were duly served with process in this cause, and all Defendants other than Defendant KGI Group, Inc. failed to appear, answer, or otherwise plead with respect to Plaintiff Hudson Insurance Group's Amended Complaint.

2. To date, a hundred and twenty-three (123) different claimants have asserted claims against Hudson's bond, including claimants with time-barred claims, and thus far, the total amount being claimed may exceed $286,132.00. The claims far exceed the limits of the Bond's coverage of $75,000.

---

[1] Any reference to "Defendants" herein includes all named Defendants except KGI Group, Inc.. Because KGI Group, Inc. filed an Appearance and Answer in this matter, this Default Judgment Order does not apply to KGI Group, Inc.

3. The timely filed claimants shall receive a *pro rata* amount of the Bond. The untimely filed claimants shall not receive a *pro rata* amount of the Bond and shall receive nothing in this action.

4. The following claimants have failed to assert claims against the Bond within the time limits required of 60 days after the bond was cancelled, on December 12, 2017, by the surety and accepted by FMCSA, thus, requiring all claims to be filed by February 15, 2018: MS US Inc. (claim filed on 2/19/2018); Unitrans Inc. (claim filed on 3/16/2018); Pacific Western Transportation Ltd. (claim filed on 2/26/2018); Trucker Path Inc. (claim filed on 3/23/2018); Skyway Holdings Inc. (claim filed on 3/9/2018); Seagate Freight, LLC (claim filed on 2/22/2018); Gold Star Carriers, Inc. (claim filed on 2/26/2018); Cargo Speed Corp. (to-date no claim received); Convoy, Inc. (to-date no claim received); GSV Transportation Inc. (to-date no claim received); Sant Trucking, Inc. (to-date no claim received); and Thunder Logistics, Inc. (to-date no claim received).

5. Additionally, any claim filed from hereon, by any known or unknown claimant, is deemed to be time barred.

6. Without this action, Hudson did not have adequate remedy at law in protecting itself against multiple and excessive claims to the coverage available under the Bond.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Hudson Insurance Group's Motion for Default Judgment against the Defendants (other than KGI Group, Inc.) is **GRANTED**;

2. Defendants (other than KGI Group, Inc.) are declared in default for failure to appear, answer, or otherwise plead with respect to the Amended Complaint;

3. Plaintiff shall pay the *pro rata* amount of the Bond due each timely filed claimant by July 16, 2019, as set forth in the attached **Exhibit 1**;

4. Any untimely filed claimants shall not receive the *pro rata* amount of the Bond (untimely filed claimants shall receive nothing in this action);

5. After paying each rightfully owed claimant, Plaintiff is discharged from its obligations on the Bond issued to Filo Systems, Inc.; and

6. This matter is dismissed with prejudice.

Dated: January 9, 2019

Entered:

_____
John Robert Blakey
United States District Judge

# EXHIBIT 1

Claimants' Pro Rata Shares

|  | AMOUNT CLAIMED | PRO RATA CALCULATION[2] | PRO RATA AMOUNT TO BE PAID |
|---|---|---|---|
| AAA Expediated Services, LLC | $1,800.00 | x0.275 minus $1.21 | $493.79 |
| Accurate Transportation, Inc. | $850.00 | x0.275 minus $1.21 | $232.89 |
| AC Express, Inc. | $1,000.00 | x0.275 minus $1.21 | $273.79 |
| AGA Express, Inc. | $1,150.00 | x0.275 minus $1.21 | $315.04 |
| Ameri Transport, Inc. | $2,650.00 | x0.275 minus $1.21 | $727.54 |
| Baenen Diary, LLC | $2,840.00 | x0.275 minus $1.21 | $779.79 |
| Baylor Trucking, Inc. | $1,940.00 | x0.275 minus $1.21 | $532.29 |
| Best Truck Line, Inc. | $525.00 | x0.275 minus $1.21 | $143.16 |
| Bing Logistics, Inc. | $500.00 | x0.275 minus $1.21 | $136.29 |
| Blast Transport, Inc. | $2,000.00 | x0.275 minus $1.21 | $548.79 |
| BMS Trucking, LLC | $2,400.00 | x0.275 minus $1.21 | $658.79 |
| BNT Transport, LLC | $700.00 | x0.275 minus $1.21 | $191.29 |
| Bohren Logistics, Inc. | $1,360.00 | x0.275 minus $1.21 | $372.79 |
| Bongo Express | $1,400.00 | x0.275 minus $1.21 | $383.79 |
| Cargo Solutions Express, Inc. | $1,800.00 | x0.275 minus $1.21 | $493.79 |
| CNA Freight, LLC | $600.00 | x0.275 minus $1.21 | $163.79 |
| Complete Trucking, Inc. | $5,610.00 | x0.275 minus $1.21 | $1541.54 |
| Comrade Transport, Inc. | $1,000.00 | x0.275 minus $1.21 | $273.79 |
| Continental Logistics Services | $2,300.00 | x0.275 minus $1.21 | $631.29 |
| DDM Logistics, Inc. | $12,050.00 | x0.275 minus $1.21 | $3312.54 |
| Delta Freight, Inc. | $1,600.00 | x0.275 minus $1.21 | $438.79 |
| Diji Trans | $560.00 | x0.275 minus $1.21 | $152.79 |
| Dimaslogistic, Inc. | $3,400.00 | x0.275 minus $1.21 | $933.79 |
| Direct Transport Solutions, Inc. | $1,700.00 | x0.275 minus $1.21 | $466.29 |

---

[2] The following formula was used to calculate the *pro rata* amount due each claimant: $75,000 (penal sum of the bond) divided by $273,205.50 (total amount claimed by the timely filed claimants), equaled 0.2745186 (Rounded to 0.275). However, that put the total amount to be paid out $131.54 over the penal sum of the bond. Therefore, $131.53 (amount over the penal sum of the bond) divided by 109 (total number of timely filed claimants) equals to be around $1.21. $1.21 was subtracted from each claimant, bringing the total amount to be paid by Hudson Insurance Group close to the penal sum of the Bond.

| | | | |
|---|---|---|---|
| DMA Services, Inc. | $2,600.00 | x0.275 minus $1.21 | $713.79 |
| Eagle GC, Inc. | $2,600.00 | x0.275 minus $1.21 | $713.79 |
| EH Trucking, LLC | $2,400.00 | x0.275 minus $1.21 | $658.79 |
| EVA Logistics, Inc. | $2,900.00 | x0.275 minus $1.21 | $796.29 |
| Evans Delivery Company, Inc. | $1,520.00 | x0.275 minus $1.21 | $416.79 |
| F5 Express, Inc. | $3,100.00 | x0.275 minus $1.21 | $851.29 |
| Favored Express, LLC | $1,225.00 | x0.275 minus $1.21 | $335.66 |
| Fernando Perez | $900.00 | x0.275 minus $1.21 | $246.29 |
| First Class Carriers, Inc. | $4,500.00 | x0.275 minus $1.21 | $1236.29 |
| Five Mountains Transport, Inc. | $2,420.00 | x0.275 minus $1.21 | $664.29 |
| Flyod, Inc. | $1,500.00 | x0.275 minus $1.21 | $411.29 |
| Franco Transport, Inc. | $4,290.00 | x0.275 minus $1.21 | $1178.54 |
| Geejo Transport, LLC | $300.00 | x0.275 minus $1.21 | $81.29 |
| Global Enterprises & Logistics, Inc. | $2,800.00 | x0.275 minus $1.21 | $768.79 |
| Golden Eagle Transportation | $1,200.00 | x0.275 minus $1.21 | $328.79 |
| Good Source Trucking, Inc. | $5,500.00 | x0.275 minus $1.21 | $1511.29 |
| GS Express, Inc. | $20,800.00 | x0.275 minus $1.21 | $5718.79 |
| GSA International LTD. | $1,500.00 | x0.275 minus $1.21 | $411.29 |
| Honey Locust Farms, LLC | $2,262.00 | x0.275 minus $1.21 | $620.84 |
| Hub Systems, Inc. | $2,300.00 | x0.275 minus $1.21 | $631.29 |
| I&H, LLC | $540.00 | x0.275 minus $1.21 | $147.29 |
| Ideality, Inc. | $8,600.00 | x0.275 minus $1.21 | $2363.79 |
| J. Anthony Express, Inc. | $2,800.00 | x0.275 minus $1.21 | $768.79 |
| JM Express, Inc. | $650.00 | x0.275 minus $1.21 | $177.54 |
| Keystone Lines | $5,590.00 | x0.275 minus $1.21 | $1536.04 |
| KGI Group, Inc. | $3,360.00 | x0.275 minus $1.21 | $922.79 |
| Kings Eagle, Inc. | $900.00 | x0.275 minus $1.21 | $246.29 |
| KIT Logistics, Inc. | $1025.00 | x0.275 minus $1.21 | $280.66 |
| Lechuga Transport, Inc. | $2,300.00 | x0.275 minus $1.21 | $631.29 |
| Lida Express, Inc. | $2,470.00 | x0.275 minus $1.21 | $678.04 |
| Losev Trucking, LLC | $900.00 | x0.275 minus $1.21 | $246.29 |
| LRD Transport, LLC | $720.00 | x0.275 minus $1.21 | $196.79 |
| Lucky World, Inc. | $560.00 | x0.275 minus $1.21 | $152.79 |
| M&M Trans, Inc. | $1,700.00 | x0.275 minus $1.21 | $466.29 |

| | | | |
|---|---|---|---|
| Margen Trucking | $900.00 | x0.275 minus $1.21 | $246.29 |
| Marvin Keller Trucking, Inc. | $800.00 | x0.275 minus $1.21 | $218.79 |
| Medallion Transport & Logistics, LLC | $700.00 | x0.275 minus $1.21 | $191.29 |
| MGM Transport, LLC | $800.00 | x0.275 minus $1.21 | $218.79 |
| Mikhail Trucking, LLC | $2,330.00 | x0.275 minus $1.21 | $639.54 |
| M3 Delivery, Inc. | $2,800.00 | x0.275 minus $1.21 | $768.79 |
| Millennium Group, Inc. | $4,900.00 | x0.275 minus $1.21 | $1346.29 |
| MO Trucking, Inc. | $700.00 | x0.275 minus $1.21 | $191.29 |
| Namangah, Inc. | $2,900.00 | x0.275 minus $1.21 | $796.29 |
| Nationwide Transport Finance | $540.00 | x0.275 minus $1.21 | $147.29 |
| NVK Logistics, Inc. | $3,500.00 | x0.275 minus $1.21 | $961.29 |
| Paris Freight, Inc. | $2,800.00 | x0.275 minus $1.21 | $768.79 |
| PM Global, Inc. | $3,250.00 | x0.275 minus $1.21 | $892.54 |
| Progress Freight, LLC | $2,600.00 | x0.275 minus $1.21 | $713.79 |
| Pro Trans Group, LLC | $870.00 | x0.275 minus $1.21 | $238.04 |
| Redline Trucking | $1,200.00 | x0.275 minus $1.21 | $328.79 |
| Road Kings, Inc. | $2,400.00 | x0.275 minus $1.21 | $658.79 |
| ROC Enterprises Corp. | $800.00 | x0.275 minus $1.21 | $218.79 |
| Route 66 Logistics, Inc. | $1,800.00 | x0.275 minus $1.21 | $493.79 |
| Roxmel Trucking Company, Inc. | $2,990.00 | x0.275 minus $1.21 | $821.04 |
| RP Trucking, LLC | $1,000.00 | x0.275 minus $1.21 | $273.79 |
| RRM Transportation, Inc. | $2,900.00 | x0.275 minus $1.21 | $796.29 |
| Sandra Slizyte | $325.00 | x0.275 minus $1.21 | $88.16 |
| Seminole Express | $1,000.00 | x0.275 minus $1.21 | $273.79 |
| SIM Freightlines, Inc. | $2,800.00 | x0.275 minus $1.21 | $768.79 |
| Shamrock Trucking, LLC | $600.00 | x0.275 minus $1.21 | $163.79 |
| Splendid, LLC | $1,550.00 | x0.275 minus $1.21 | $425.04 |
| Star Freight, LLC | $735.00 | x0.275 minus $1.21 | $200.91 |
| Star Trucking, LLC | $1,100.00 | x0.275 minus $1.21 | $301.29 |
| Stela Express, Inc. | $10,350.00 | x0.275 minus $1.21 | $2845.04 |
| Stronghaul, Inc. | $2,600.00 | x0.275 minus $1.21 | $713.79 |

| | | | |
|---|---|---|---|
| Super Sonic Solutions, LLC | $2,300.00 | x0.275 minus $1.21 | $631.29 |
| SW Trucking, LLC | $2,600.00 | x0.275 minus $1.21 | $713.79 |
| Tac Trans, Inc. | $2,700.00 | x0.275 minus $1.21 | $741.29 |
| Tadz Logistics, Inc. | $450.00 | x0.275 minus $1.21 | $122.54 |
| TBS Factoring Service, LLC | $560.00 | x0.275 minus $1.21 | $152.79 |
| Tesla Cargo Solutions, Inc. | $1,100.00 | x0.275 minus $1.21 | $301.29 |
| Thank God 4 Trucking, LLC | $2,800.00 | x0.275 minus $1.21 | $768.79 |
| THK Trucking, Inc. | $2,950.00 | x0.275 minus $1.21 | $810.04 |
| Thoroughbread Direct | $3,990.00 | x0.275 minus $1.21 | $1096.04 |
| Trans Recovery Solutions, LLC | $19,970.00 | x0.275 minus $1.21 | $5490.54 |
| Ultimate Freight, Inc. | $3,750.00 | x0.275 minus $1.21 | $1030.04 |
| U.S. Expediters, Inc. | $2,600.00 | x0.275 minus $1.21 | $713.79 |
| Van Dam Egg Co. Inc. | $893.50 | x0.275 minus $1.21 | $244.50 |
| Via Logistics, Inc. | $325.00 | x0.275 minus $1.21 | $88.16 |
| VKP Line, Inc. | $3,100.00 | x0.275 minus $1.21 | $851.29 |
| Vladi Trucking, Inc. | $2,600.00 | x0.275 minus $1.21 | $713.79 |
| Vynera Transportation, Inc. | $560.00 | x0.275 minus $1.21 | $152.79 |
| Western Specialized, Inc. | $2,850.00 | x0.275 minus $1.21 | $782.54 |
| Whalen Trucking, Inc. | $1,000.00 | x0.275 minus $1.21 | $273.79 |
| WLD Services, Ltd. | $1,100.00 | x0.275 minus $1.21 | $301.29 |

**TOTAL AMOUNT CLAIMED: $273,205.50**      **TOTAL AMOUNT PAID: $74,972.94**